IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONHA DON BELL**                                                                                                   **PLAINTIFF**

V.                                              **CASE NO. 2:23-CV-2121**

**JAIL ADMINISTRATOR JACOB SHOOK,**
Johnson County Detention Center;
and **PAROLE OFFICER BEN HOLLAND**                                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 9) filed in this case on December 19, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 8th day of January, 2024

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE